**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

**COMPLAINT FORM**

FILED

2018 MAR 29 P 2: 01

US DISTRICT COURT
BRIDGEPORT CT

Albert M. Beltrano

**Full name(s) of Plaintiff(s)
(Do not use *et al*.)**

CASE No. 3:18 cv 533(JAM)
(To be supplied by the Court)

-v-

SIMM Associates Inc.

**Full name(s) of Defendant(s)
(Do not use *et al*.)**

## A. PARTIES

1. <u>Albert M. Beltrano</u> is a citizen of _____<u>Connecticut</u>_____ who
    (Plaintiff)                                           (State)
   is presently resides at <u>52 Vitti Street, New Canaan, CT 06840</u>_____
                            (mailing address)

2. Defendant___<u>SIMM Associates Inc.</u>___ is a citizen of _____<u>Delaware</u>_____
                 (name of first defendant)                              (State)
   whose address is <u>800 Pencader Dr. Newark, DE 19702</u>_____

**(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)**

## B. JURISDICTION

**The jurisdiction of this court is invoked pursuant to: (list statute(s))**

Telephone Consumer Protection Act 47 U.S.C. § 227, Fair Debt Collection Practices Act 15 U.S.C. § 1692c, Connecticut Creditors Collection Practices Act (CCCPA), ~~Connecticut Unfair Trade Practices Act and Senate Bill No. 209 Public Act No. 14-53.~~

**Claim I:**

8.  Plaintiff alleges and incorporates the information in paragraphs 1 through 10.

9.  Defendant <u>SIMM Associates Inc.</u> has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

10. Defendant <u>SIMM Associates Inc.</u>, has committed 23 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

11. Defendant <u>SIMM Associates Inc.</u> has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(a)(1)(A) The last 23 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional.  An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

12. Defendant <u>SIMM Associates Inc.</u>, has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given <u>SIMM Associates Inc.</u> permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and <u>SIMM Associates Inc.</u> do not have an established business relationship within the meaning of 47 U.S.C. §227.

13. Defendant <u>SIMM Associates Inc.</u>, has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii), by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given <u>SIMM Associates Inc.</u> permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and <u>SIMM Associates Inc.</u> do not have an established business relationship within the meaning of 47 U.S.C. §227.

**Claim II:**

14. Defendant <u>SIMM Associates Inc.</u>, has committed 23 separate violations of Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a), without the prior consent of the consumer given directly to the debt collector.

**Claim III:**

15. Defendant <u>SIMM Associates Inc.</u>, has committed 23 separate violations of Connecticut Creditors Collection Practices Act (CCCPA) Chapter 669 Sec. 36a-648, by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given SIMM Associates Inc. permission to call Plaintiffs cell phone.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

      1.  This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act 47 U.S.C. § 227., 47 U.S.C. § 227 (a)(1)(A), 47 U.S.C. § 227 (b)(1)(A), 47 U.S.C. § 227 (b)(1)(A)(iii), 47 U.S.C. § 227(b)(2) and 47 U.S.C. § 227(b)(2)(C), 47 U.S.C. § 227(c)(3)(F), Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a), Connecticut Creditors Collection Practices Act (CCCPA) Chapter 669 Sec. 36a-648, and Senate Bill No. 209 Public Act No.14-53 Section 1(6) and No. 14-53 Section 1(12)(2)(h), Connecticut Unfair Trade Practices Act (CUTPA) Conn. Gen. Stat. § 42-110a .

2.  From June 5 thru October 20, 2017, SIMM Associates Inc. violated the TCPA by leaving 4 recorded messages using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs cell phone.

3.  From June 5 thru October 20, 2017, SIMM Associates Inc. violated the TCPA by calling Plaintiff's cell phone 23 times with no prior permission given by Plaintiff.

4.  On June 5 thru October 20, 2017, SIMM Associates Inc. violated the TCPA by leaving recorded messages on Plaintiffs cell phone without express permission.

5.  From June 5 thru October 20, 2017, SIMM Associates Inc. violated the Federal Debt Collection Practices (FDCPA) by calling Plaintiff's cell phone 23 times with no prior permission given by Plaintiff.

6.  From June 5 thru October 20, 2017, SIMM Associates Inc. violated the, Connecticut Creditors Collections Practices Act, by calling Plaintiff's cell phone 23 times with no prior permission given by Plaintiff.

7. From June 5 thru October 20, 2017, SIMM Associates Inc. violated the, Senate Bill No. 209 Public Act No. 14-53, "PENALTIES FOR VIOLATIONS OF THE DO NOT CALL REGISTRY".

## D. CAUSE OF ACTION

**I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.CAUSE OF ACTION.")**

**Claim IV:**

16. Defendant <u>SIMM Associates Inc.</u> has committed 23 separate violations of, Bill No. 209 Public Act No. 14-53 Section 1(6) "PENALTIES FOR VIOLATIONS OF THE DO NOT CALL REGISTRY", no prior express written consent.

17. Defendant <u>SIMM Associates Inc.,</u> has committed 23 separate violations of, Bill No. 209 Public Act No. 14-53 Section 1(12)(2)(h), "PENALTIES FOR VIOLATIONS OF THE DO NOT CALL REGISTRY", unsolicited, automatically dialed, recorded telephonic no prior express written consent.

## E. REQUEST FOR RELIEF
**WHEREFORE, plaintiff demands: (state the relief you seek)**

Plaintiff demands judgment for damages against <u>SIMM Associates Inc.</u>, and <u>$80,000.00</u> for actual or statutory damages, and punitive damages, attorney's fees and costs.

## F. JURY DEMAND

**Do you wish to have a jury trial?** Yes

_____          _____
Original signature of attorney (if any)      Plaintiff's Original Signature

_____          Albert M. Beltrano_____
Printed Name                                 Printed Name

( )                                          ( )
**Attorney's full address and telephone**    **Plaintiff's full address and telephone**
                                             52 Vitti Street, New Canaan, CT 06840
                                             516-297-4276
                                             Al_c_ya@yahoo.com
Email address if available                   Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Executed at** _____ on _____.
                  (location)                     (date)

                                       _____
                                       **Plaintiff's Original Signature**

Exibit 1

Voicemail – **Total of 4 Voicemails on Cell Phone**



Calls received–**Total of 23 Calls on Cell Phone**





# Affidavit of Facts

STATE OF **CONNECTICUT**

COUNTY OF **FAIRFIELD**

The undersigned, **Albert M. Beltrano** being duly sworn, herby deposes and says:

1. I am over age of 18 and am a resident of the Statue of Connecticut.  I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. My Cell Phone number (516) 297-4276 is registered number of the National Do Not Call List since April 15, 2016.

4. I have received total of 23 phone calls from Simm Associates Inc. from phone numbers (302) 283-2848, (866) 572-5696 and (866) 572-9371 to my cell phone (516) 297-4276 through dates of 6/05/2017 through 10/20/2017.

5. I have received total of 4 recorded voicemails from Simm Associates Inc. from phone numbers (866) 572-5696 and (866) 572-9371 to my cell phone (516) 297-4276 through dates of 6/05/2017 through 10/20/2017.

6. I have not authorized, either written, or verbal to allow Simm Associates Inc. to contact me or call my cell phone (516) 297-4276.

I declare that, to the best of my knowledge and sincere belief, the information herein is true, correct, and complete.

Executed this <u>29</u> day of <u>MARCH</u>, 2018.

Signature of Affiant

## NOTARY ACKNOWLEDGEMENT

STATE OF *Connecticut* , COUNTY OF *Fairfield* , SS:

Notary Public

CARMEN MC MURRAY
Notary Public
Connecticut
My Commission Expires Nov 30, 2020

*Notary Public*

Title (and Rank)

My commission expires

*November 30, 2020*